# United States Bankruptcy Court
## Southern District of Georgia

In re **William D Smiley**
Debtor(s)

Case No.
Chapter **13**

## TRANSMITTAL OF PAY ADVICES

The Debtor(s) submit pay advices, as attached to this transmittal, for the sixty (60) day period immediately preceding the filing of the petition as indicated:

1. Debtor **William D Smiley**

   Employer **Board of Public Education**

   Dates of Pay Advices: From **10/31/2014** To **11/14/2014**

   Pay Advices are not attached for the sixty (60) days immediately preceding the filing of the Petition because:

   ☐ The Debtor was not employed.

   ☐ The Debtor's source of income was from Social Security.

   ☐ The Debtor was self employed.

2. Joint Debtor (Spouse) ______

   Employer ______

   Dates of Pay Advices: From ______ To ______

   Pay Advices are not attached for the sixty (60) days immediately preceding the filing of the Petition because:

   ☐ The Joint Debtor was not employed.

   ☐ The Joint Debtor's source of income was from Social Security.

   ☐ The Joint Debtor was self employed.

**/s/ John E. Pytte** **November 26, 2014**
Signature of Attorney Date

**John E. Pytte 590555**
Name of Attorney

**/s/ William D Smiley** **November 26, 2014**
Signature of Debtor Date

Signature of Joint Debtor (if any) Date

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| EMPLOYEE NAME | EMPLOYEE I.D. | PAYROLL NO. | PAY END DATE | CHECK DATE | AGENCY | ORGN | LOCATION |
|---|---|---|---|---|---|---|---|
| WILLIAM D SMILEY | | SMCL | 11/15/14 | 11/14/14 | 500 | 5081 | 1030 |

| YTD GROSS | CURRENT GROSS | RESERVE PAY YTD | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| 31,478.49 | 1,446.93 | 0.00 | 655.85 | $791.08 |

EARNINGS

| PAY CATEGORY | RATE | HOURS | AMOUNT |
|---|---|---|---|
| OVERTIME | 24.8400 | 0:15 | 6.21 |
| REGULAR | 16.5600 | 87:00 | 1,440.72 |

DEDUCTIONS

| DEDUCTION CATEGORY | AMOUNT | YTD AMOUNT |
|---|---|---|
| CREDIT UNION | 100.00 | 4,400.00 |
| DENTAL INS | 13.00 | 273.00 |
| FEDERAL TAX | 146.82 | 3,279.89 |
| FICA | 79.67 | 1,740.91 |
| FLEX/MEDICAL | 25.83 | 542.43 |
| GA STATE TAX | 58.25 | 1,288.70 |
| HLTH 125 | 123.04 | 2,583.84 |
| LIFE INS | 4.17 | 87.57 |
| MEDICARE | 18.63 | 407.15 |
| PENSION PLAN | 86.44 | 1,815.24 |

EXEMPTIONS

| FEDERAL | EX | 00 | ST | 1 | STATE | EX | 00 | ST | A |
|---|---|---|---|---|---|---|---|---|---|

LEAVE STATUS

| LEAVE CATEGORY | BEGIN BAL. | USED | ACCRUED | BALANCE |
|---|---|---|---|---|
| PERSONAL LV | | 0.00 | | |

ADVICE NO 91483760

ADVICE NUMBER
91483760

**THE BOARD OF PUBLIC EDUCATION**
FOR THE CITY OF SAVANNAH AND COUNTY OF CHATHAM
SAVANNAH, GEORGIA

| EMPLOYEE I.D. | PAYROLL NO. | AGENCY | ORGN | CHECK DATE |
|---|---|---|---|---|
| | SMCL | 500 | 5081 | 11/14/14 |

DEPOSIT AMOUNT
$791.08

PAY TO THE ORDER OF

WILLIAM D SMILEY
28 VENTORA BLVD
SAVANNAH GA 31419

**DEPOSIT ADVICE**
**NON-NEGOTIABLE**

******VOID***NON-NEGOTIABLE***VOID*****

| EMPLOYEE NAME | EMPLOYEE I.D. | PAYROLL NO. | PAY END DATE | CHECK DATE | AGENCY | ORGN | LOCATION |
|---|---|---|---|---|---|---|---|
| WILLIAM D SMILEY | | SMCL | 10/15/14 | 10/15/14 | 500 | 5081 | 1030 |

| YTD GROSS | CURRENT GROSS | RESERVE PAY YTD | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| 28,590.84 | 1,440.72 | 0.00 | 654.07 | $786.65 |

**EARNINGS**

| PAY CATEGORY | RATE | HOURS | AMOUNT |
|---|---|---|---|
| REGULAR | 16.5600 | 87:00 | 1,440.72 |

**DEDUCTIONS**

| DEDUCTION CATEGORY | AMOUNT | YTD AMOUNT |
|---|---|---|
| CREDIT UNION | 100.00 | 4,200.00 |
| DENTAL INS | 13.00 | 247.00 |
| FEDERAL TAX | 145.89 | 2,987.18 |
| FICA | 79.29 | 1,581.95 |
| FLEX/MEDICAL | 25.83 | 490.77 |
| GA STATE TAX | 57.87 | 1,172.58 |
| HLTH 125 | 123.04 | 2,337.76 |
| LIFE INS | 4.17 | 79.23 |
| MEDICARE | 18.54 | 369.97 |
| PENSION PLAN | 86.44 | 1,642.36 |

**EXEMPTIONS**

| FEDERAL | EX | 00 | ST | 1 | STATE | EX | 00 | ST | A |
|---|---|---|---|---|---|---|---|---|---|

**LEAVE STATUS**

| LEAVE CATEGORY | BEGIN BAL. | USED | ACCRUED | BALANCE |
|---|---|---|---|---|
| PERSONAL LV | | 0.00 | | |

ADVICE NO 91474773

ADVICE NUMBER
91474773

**THE BOARD OF PUBLIC EDUCATION**
FOR THE CITY OF SAVANNAH AND COUNTY OF CHATHAM
SAVANNAH, GEORGIA

| EMPLOYEE I.D. | PAYROLL NO. | AGENCY | ORGN | CHECK DATE |
|---|---|---|---|---|
| | SMCL | 500 | 5081 | 10/15/14 |

DEPOSIT AMOUNT
$786.65

PAY TO THE ORDER OF

WILLIAM D SMILEY
28 VENTORA BLVD
SAVANNAH GA 31419

**DEPOSIT ADVICE**
**NON-NEGOTIABLE**

******VOID***NON-NEGOTIABLE***VOID*****

| EMPLOYEE NAME | EMPLOYEE I.D. | PAYROLL NO. | PAY END DATE | CHECK DATE | AGENCY | ORGN | LOCATION |
|---|---|---|---|---|---|---|---|
| WILLIAM D SMILEY | | SMCL | 10/31/14 | 10/31/14 | 500 | 5081 | 1030 |

| YTD GROSS | CURRENT GROSS | RESERVE PAY YTD | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| 30,031.56 | 1,440.72 | 0.00 | 654.08 | $786.64 |

**EARNINGS**

| PAY CATEGORY | RATE | HOURS | AMOUNT |
|---|---|---|---|
| REGULAR | 16.5600 | 87:00 | 1,440.72 |

**DEDUCTIONS**

| DEDUCTION CATEGORY | AMOUNT | | YTD AMOUNT |
|---|---|---|---|
| CREDIT UNION | 100.00 | | 4,300.00 |
| DENTAL INS | 13.00 | — | 260.00 |
| FEDERAL TAX | 145.89 | | 3,133.07 |
| FICA | 79.29 | | 1,661.24 |
| FLEX/MEDICAL | 25.83 | 33.33 | 516.60 |
| GA STATE TAX | 57.87 | | 1,230.45 |
| HLTH 125 | 123.04 | 106.00 | 2,460.80 |
| LIFE INS | 4.17 | -4.87 | 83.40 |
| MEDICARE | 18.55 | | 388.52 |
| PENSION PLAN | 86.44 | | 1,728.80 |

**EXEMPTIONS**

| FEDERAL | EX | 00 | ST | 1 | STATE | EX | 00 | ST | A |
|---|---|---|---|---|---|---|---|---|---|

**LEAVE STATUS**

| LEAVE CATEGORY | BEGIN BAL. | USED | ACCRUED | BALANCE |
|---|---|---|---|---|
| VACATION LV | 35.45 | 14.45 | 14.00 | 35.00 |
| SICK LEAVE | 13.45 | 8.30 | 10.00 | 15.15 |
| PERSONAL LV | | 0.00 | | |

ADVICE NO 91479248

ADVICE NUMBER
91479248

THE BOARD OF PUBLIC EDUCATION
FOR THE CITY OF SAVANNAH AND COUNTY OF CHATHAM
SAVANNAH, GEORGIA

| EMPLOYEE I.D. | PAYROLL NO. | AGENCY | ORGN | CHECK DATE |
|---|---|---|---|---|
| | SMCL | 500 | 5081 | 10/31/14 |

DEPOSIT AMOUNT
$786.64

PAY TO THE ORDER OF

WILLIAM D SMILEY
28 VENTORA BLVD
SAVANNAH GA 31419

**DEPOSIT ADVICE**
**NON-NEGOTIABLE**

***VOID***NON-NEGOTIABLE***VOID****